# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN G. LEWIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGAR, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01469 OWW DLB PC<br><br>CORRECTED ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER<br><br>(Doc. 17) |

　　　　Plaintiff Brian G. Lewis ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On October 27, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days.  Plaintiff did not file a timely Objection to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　　The Findings and Recommendations, filed October 27, 2008, is adopted in full; and

　　　　2.　　　　This action is dismissed without prejudice based on plaintiff's failure to obey the Court's order of September 3, 2008.

IT IS SO ORDERED.

**Dated:   December 12, 2008**　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE